July 22, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

THU BINH SI HO, Appellant

NO. 14-13-00607-CV                    V.

SAIGON NATIONAL BANK, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Saigon National Bank, signed June 1, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee, Saigon National Bank.

We further order this decision certified below for observance.